IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ERIC MANUEL FIGUEROA-RIVERA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | NO. 5:23-cv-230-MTT-CHW |
| | : | |
| Officer D. JONES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Plaintiff Eric Manuel Figueroa-Rivera, a pretrial detainee in the Bibb County Law Enforcement Center in Macon, Georgia, has filed a 42 U.S.C. § 1983 action. ECF No. 1. He also moves to proceed *in forma pauperis*. ECF No. 2.

Plaintiff's motion to proceed *in forma pauperis* is incomplete. A prisoner or pretrial detainee seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Plaintiff has failed to submit a certified copy of his trust fund account statement.

Accordingly, Plaintiff is **ORDERED** to submit a proper motion to proceed without the prepayment of the filing fee, which should include a certified copy of his trust fund account statement. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply. If Plaintiff does not timely and fully comply with this Order, this action will be dismissed. Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of address. There shall be no service of process in this case until further order of the Court.

**SO ORDERED and DIRECTED**, this 2nd day of August, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2