IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ERIC MANUEL FIGUEROA-RIVERA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | NO. 5:23-cv-230-MTT-CHW |
| | : | |
| **D. JONES,** | : | |
| | : | |
| Defendant. | : | |

# ORDER

Plaintiff Eric Manuel Figueroa-Rivera, a pretrial detainee in the Bibb County Jail filed a 42 U.S.C. § 1983 complaint. ECF No. 1. He also moved to proceed *in forma pauperis* but failed to include a certified copy of his trust fund account. ECF No. 2. The Court, therefore, on August 2, 2023 ordered that Plaintiff provide a certified copy of his trust fund account statement. ECF No. 4. The Court's August 2, 2023 Order was returned to the Court with the notation, "not in jail, return to sender." ECF No. 5. The Court is unable to locate Plaintiff on the Georgia Department of Corrections' website. https://services.gdc.ga.gov/GDC/OffenderQuery/jsp/OffQryRedirector.jsp (last checked Aug. 16, 2023). The Court has no way to locate Plaintiff.

Due to Plaintiff's failure to keep the Court informed of his address, follow the Court's Orders, and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Ctny. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under

Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 28th day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
