IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC MANUEL FIGUEROA-RIVERA, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-230 |
| | * |
| D. JONES, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of August, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk